AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.  **23MJ0989**
)
)
)

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

located in the _____ District of _____ , there is now concealed *(identify the person or describe the property to be seized)*:

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
  ❐ evidence of a crime;
  ❐ contraband, fruits of crime, or other items illegally possessed;
  ❐ property designed for use, intended for use, or used in committing a crime;
  ❐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

   *Code Section*                                                                   *Offense Description*

The application is based on these facts:

  ❐ Continued on the attached sheet.
  ❐ Delayed notice of \_\_\_\_\_ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

                                                                                                      *Applicant's signature*

                                                                                                      *Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____ *(specify reliable electronic means)*.

Date: _____                                              *William V. Gallo*
                                                                                        *Judge's signature*

City and state: _____
                                                                                        *Printed name and title*

# AFFIDAVIT

Andrew Sullivan, being duly sworn, states:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so since December 2021. I am currently assigned to a counterterrorism squad in the San Diego Field Office. As a member of this squad, I investigate threats of violence, harassment, and intimidation. I have received training in conducting such investigations. Based on this training and experience, and consultation with other special agents and supervisors with decades of experience, I am familiar with the manner in which persons engaged in threats of cyberstalking, violence and extortion operate; the manner in which these crimes are perpetrated; certain techniques, methods, or practices commonly used by persons engaged in this activity; and indicia of this activity. This training and experience, as well as information obtained from other agents and witnesses, forms the basis for opinions I express below.

2. The facts set forth in this affidavit are based on my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation, including other FBI special agents and other law enforcement officers with decades of experience; my review of documents and computer records related to this investigation; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of this application for search warrants, it does not set forth each and every fact that I or others have learned during the course of this investigation. The dates, times, and amounts discussed herein are approximate.

//
//
//
//

1

Purpose of Affidavit

3. This affidavit is made in support of an application for a warrant to search Apple Inc. (Apple), an Internet Service Provider (ISP), for additional information and records associated to all Apple accounts connected with phone number **(619) 816-8282**, believed to belong to Alejandro "Alex" MARTINEZ, as more particularly described in Attachment A, to seize evidence concerning MARTINEZ's communications with I.C. (hereafter, Victim) for violations of 18 U.S.C. § 2261A(2)(B) (Cyberstalking), and 18 U.S.C. § 875(c) (Interstate Communications of Threats to Injure), more specifically described in Attachment B. As set forth below, I believe there is probable cause to believe that MARTINEZ has cyberstalked and extorted the Victim.

Information to be Seized

4. This affidavit is made in support of an application for a warrant to search all Apple accounts associated with phone number **(619) 816-8282 (SUBJECT PHONE)**.

5. Law enforcement officers will seize content, geo-location information, and/or IP addresses, device information, subscriber information, advertiser ID information, and cookie information that would assist law enforcement in linking MARTINEZ to the **SUBJECT PHONE**, and locating any evidence concerning violations of 18 U.S.C. § 2261A(2)(B) (Cyberstalking), and 18 U.S.C. § 875(d) (Interstate Communications with Intent to Extort), for the approximate date range of June 20, 2022 through January 27, 2023.

Previous Search Warrant for Subject Phone

6. On November 1, 2022, the Honorable Jill L. Burkhardt, U.S. Magistrate Judge, Southern District of California, issued Search Warrant 22 MJ3996 for the same **SUBJECT PHONE** for the dates of January 1, 2018 to November 1, 2022. This warrant was served to Apple on November 3, 2022.

7. On November 8, Apple provided responsive records via email. Upon review of these records, it appeared that the records were incomplete. Much of the data returned- to include messages, videos, and photos- stopped at June 20, 2022. Investigators attempted to contact Apple on multiple occasions to address the missing records. To date, Apple has not provided a response to explain the missing records.

8. On January 27, 2023, pursuant to Arrest Warrant 23cr00110-JM-1, issued by the Honorable Daniel E. Butcher in the U.S. Southern District of California, MARTINEZ was arrested at his residence in Chula Vista. At the time of arrest, the FBI also seized four electronic devices linked to MARTINEZ. FBI Analysts have not yet been able to access the devices.

9. The warrant requested herein is for records beginning on June 20, 2022 through January 27, 2023, the date of MARTINEZ's arrest.

## SUBJECT PHONE

10. SUBJECT PHONE is known to the Victim as belonging to Alex MARTINEZ. The Victim and MARTINEZ are related and have known each other their entire lives. SUBJECT PHONE is the originating number for text messages shown below. These messages are a subset of the many messages that MARTINEZ sent to the Victim from the SUBJECT PHONE. I know that the SUBJECT PHONE was using an Apple device to transmit messages, because the exchanges are in blue. (The Victim's phone is an Apple iPhone, and messages sent between Apple devices using the "iMessage" feature appear in blue.) MARTINEZ has been using the SUBJECT PHONE for years, including 2018 through today's date.

### Statement of Probable Cause

11. In 2018, the Victim divorced her then-husband and needed money to support herself and her two minor children. The Victim mentioned to Alex MARTINEZ, a cousin of hers whom she knew to be involved in the porn industry, the

3

idea that she may start an OnlyFans[1] account. MARTINEZ suggested alternatively that the Victim just sell nude photos and videos of herself directly to him, instead of posting them to OnlyFans. After some discussion, the Victim agreed. Beginning in 2018, the Victim sent nude photos and videos of herself to MARTINEZ in exchange for money.

12. During 2018, MARTINEZ offered the Victim $5,000 for oral sex and $20,000 for vaginal sex. The Victim refused. MARTINEZ continued to request and pressure the Victim, and she eventually consented to the oral sex. From 2018 into early 2021, the Victim performed oral sex on MARTINEZ for money.

13. In early 2021, the Victim began dating another man and informed MARTINEZ that she no longer wanted to send him naked photos and videos, nor did she want to perform oral sex for MARTINEZ. MARTINEZ refused to allow their arrangement to end. Both in person and in text message, MARTINEZ stated that their arrangement was to continue, or he would post the Victim's nude photos and videos on public websites, such as her children's school website. He also threatened to tell the Victim's family, friends, children, and ex-husband, among others, about their sexual relationship. Because she believed that MARTINEZ would post her videos and photos, the Victim felt compelled to send additional naked photos and videos of herself. She also felt compelled to perform oral sex, under threat of exposure and violence, and without pay.

14. MARTINEZ, using the SUBJECT PHONE, sent the following text messages[2] to the Victim starting in and around July 2022 through mid-October 2022:

---

[1] OnlyFans is an internet-based platform headquartered in London where individuals can sell content (e.g., generally pictures, videos, personalized messages) to subscribers. The platform is largely used to post sexual content.

[2] The messages below are only a small subset of the relevant messages from MARTINEZ to the Victim. Time and date stamps for the messages below are unavailable, because the messages were saved as screenshots.

4

a. "I'm going to do everything I've ever wanted to do to you, it won't be one fuck and done, so be ready for it […] Fucking you in every known position, even though you don't 'want it' I making you cum and you can try to fight that all you want"

b. "If you don't want anyone to know us and what it was for many years, you jump when I say jump. If not then I'll make sure the whole world knows u and what went down word for word between us & the cut through beast slutty [Victim]…"

c. "If you don't do what I say, I'll show your kids exactly who you are"

d. "To be honest I am considering just having you be mine forever, there's no place for you to go. […] you can't go no where without the truth coming out, & that means all you fear.. or everyone that u don't want to know the truth here will find out. That's inevitable, I can handle jail […] I'm thinking it may sound nice to have you at my control for the rest of our lives. […] there's more of an enemy in me that's out to show you who's boss and make you feel the pain from wronging me"

e. "Start here mi reina, I have gone well beyond the point of return.. either a situation gets exposed where you'll go to the cops one day and world & every person you know finds out all the juice and truth about the devil in me and the truth about you and I, & how it all came about & went down step by step and text by text and experience by experiences exactly as they happened…or you'll do as I say and suck & Fuck as I command, when I command and how I demand"

f. […] This is check mate.. I own you in the lil are living. Better start practicing your happy face when you fuck me, I'll slap the bitch out of you on god of you give lip or have attitude ["100" emoticon] Fucking try me"

5

g. "I'll fucking send a whole group message to you and our WHOLE family punk bitch. I'll go out with a bang, ["100" emoticon]… Sexual assault, extortion, abuse lol"

15. In August of 2022, the Victim told her and MARTINEZ's mutual aunt (hereinafter referred to as "Aunt") about the nude photos and videos and the subsequent text messages. The Victim asked her Aunt to talk to MARTINEZ and attempt to get him to stop. The Aunt spoke to MARTINEZ in person, and he agreed to leave the Victim alone. MARTINEZ left the Victim alone for most of the month of September until he messaged the Aunt demanding money from the Victim in exchange for his silence. MARTINEZ demanded $750 a month, and the Victim agreed in the hopes that MARTINEZ would not post the pictures and videos, and would not demand sex.

16. On or about October 1, 2022, the Victim gave $750 in cash to the Aunt to deliver to MARTINEZ. The Aunt met MARTINEZ at his residence, 660 Canyon Drive, Chula Vista, California, and delivered the money to MARTINEZ. The Aunt had MARTINEZ sign a paper, which read "750 First Payment October 2022" on which MARTINEZ wrote under the received section: "Fuck you, A" and "$100.00 late payment penalty (Daily) – payment Due 1st of every month."

17. Later in October, MARTINEZ began text messaging the Victim from a new phone number later determined to be a Google Voice[3] number.

18. On November 1, 2022, MARTINEZ, via WhatsApp[4] text messages to the Aunt, declined the arranged payment for November, stating he wanted to "forget she even exist and move on." MARTINEZ did not contact the Victim for several weeks.

19. On or about December 14, 2022, MARTINEZ resumed communications with the Victim, text messaging her and demanding that the Victim delete her social

---

[3] Google Voice is an internet-based voice call and text messaging service, which assigns a subscriber a unique telephone number to be used on both mobile devices and computers.
[4] WhatsApp is an internet-based voice call and text messaging service, which assigns a subscriber a unique telephone number to be used on both mobile devices and computers.

6

media accounts, that the Victim perform sexual acts for him, and that the Victim tell their respective mothers about their relationship. Text messages that MARTINEZ sent to the Victim included:

    a.    "You're just going to make me mad and I'm going to do shit that will hurt you […] hurt/expose you"

    b.    "In our case, u cant expect to resolve things without sucking my dick, doing drugs and getting fucked.. plain & simple!"

20.    From January 14 through January 23, 2023, MARTINEZ continued to message the Victim. Among these messages were:

    a.    "I must remind you that in 2017 you sold your mind, body, & soul to me."

    b.    "[…] when I tell you to do something you do it and you don't question me, what is your problem or what in the world are you thinking? […] I've already told you that you are not to take more than 15 min to respond to my text. It's not up for discussion."

    c.    "The way this whole day has gone you have got to be fucking messing with me and if that's true you're fucking signing your own death wish."

    d.    "If I don't hear back from you in 15 min I'm going to send this out & if you still want to deal w this through silence a hell storm will soon follow. […] I promise I'll take this to a point that will be unimaginably humiliating for each of us […] it's only going to bring ur world and everything in it to state of absolute destruction."

<u>Genuine Risks of Destruction of Data</u>

21.    Based upon my experience and training, and the experience and training of other agents with whom I have communicated, electronically stored data can be permanently deleted or modified by users possessing basic computer skills. In this case, only if MARTINEZ receives advance warning of the execution of this warrant, will there be a genuine risk of destruction of evidence.

7

Prior Attempts to Obtain Data

22. As described above, the United States attempted to gain a portion of this data through previously issued Search Warrant.

Conclusion

23. Based on the foregoing, I respectfully submit that there is probable cause to believe that evidence of and property designed for use, intended for use, or that MARTINEZ has used in the commission of violations of 18 U.S.C. § 2261A(2)(B) (Cyberstalking), and 18 U.S.C. § 875(c) (Interstate Communications of Threats to Injure) as further detailed in Attachment B, will be found in Attachment A.

_____
Andrew Sullivan
FBI Special Agent

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 20th day of March, 2023.

*William V. Gallo*
_____
HON. WILLIAM V. GALLO
U.S. Magistrate Judge

8

## **ATTACHMENT A**

**Property to Be Searched**

Apple, Inc. is an Internet Service Provider headquartered at One Apple Park Way, Cupertino, CA 95014-2084.

Regarding any Account related to: **(619) 816-8282**

# ATTACHMENT B

## Particular Things to be Seized – Apple, Inc.

I.     Information to be disclosed by Apple

To the extent that the information described in Attachment A is within the possession, custody, or control of Apple, regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Apple, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Apple is required to disclose the following information to the government, in unencrypted form whenever available, for the account or identifier listed in Attachment A:

a.     All records or other information regarding the identification of the Account, to include full name, physical address, telephone numbers, email addresses (including primary, alternate, rescue, and notification email addresses, and verification information for each email address), the date on which the account was created, the length of service, the IP address used to register the account, account status, associated devices, methods of connecting, and means and source of payment (including any credit or bank account numbers);

b.     All records or other information regarding the devices associated with, or used in connection with, the Account (including all current and past trusted or authorized iOS devices and computers, and any devices used to access Apple services), including serial numbers, Unique Device Identifiers ("UDID"), Advertising Identifiers ("IDFA"), Global Unique Identifiers ("GUID"), Media Access Control ("MAC") addresses, Integrated Circuit Card ID numbers ("ICCID"), Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifiers ("MEID"), Mobile Identification Numbers ("MIN"), Subscribers Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Numbers ("MSISDN"), International Mobile Subscriber Identities ("IMSI"), and International Mobile Equipment Identities ("IMEI").

c.     The contents of all emails associated with the Account, including stored or preserved copies of emails sent to and from the account (including all draft emails and deleted emails), the source and destination addresses associated with each email, the date and time at which each email was sent, the size and length of each email, and the true and accurate header information including the actual IP addresses of the sender and the recipient of the emails, and all attachments;

d.     The contents of all instant messages associated with the Account, including stored or preserved copies of instant messages (including iMessages, SMS messages, and MMS messages) sent to and from the account (including all draft and deleted messages), the source and destination account or phone number associated with each instant message, the date and time at which each instant message was sent, the size and length of each instant message, the actual IP addresses of the sender and the recipient of each instant message and the media, if any, attached to each instant message;

e.     The contents of all files and other records stored on iCloud, including all iOS device backups, all Apple and third-party app data, all files and other records related to iCloud Mail, iCloud Photo Sharing, My Photo Stream, iCloud Photo Library, iCloud Drive, Work (including Pages, Numbers, Keynote, and Notes), iCloud Tabs and bookmarks, and iCloud Keychain, and all address books, contact and buddy lists, notes, reminders, calendar entries, images, videos, voicemails, device settings, and bookmarks;

f.     All activity, connection, and transactional logs for the Account (with associated IP addresses including source port numbers), including FaceTime call invitation logs, messaging and query logs (including iMessage, SMS, and MMS messages), mail logs, iCloud logs, iTunes Store and App Store logs (including purchases, downloads, and updates of Apple and third-party apps), My Apple ID and iForgot logs, sign-on logs for all Apple services, Game Center logs, Find My iPhone and Find My Friends logs, logs associated with web-based access of Apple services (including all associated identifiers), and logs associated with iOS device purchase, activation, and upgrades;

g.     All records and information regarding locations where the Account or devices associated with the Account were accessed, including all data stored in connection with Location Services, Find My iPhone, Find My Friends, and Apple Maps;

h.     All records pertaining to the types of service used;

i.     All records pertaining to communications between Apple and any person regarding the Account, including contacts with support services and records of actions taken; and

j.      All files, keys, or other information necessary to decrypt any data produced in an encrypted form, when available to Apple (including, but not limited to, the keybag.txt and fileinfolist.txt files).

Apple is hereby ordered to disclose the above information to the government within 14 days of issuance of this warrant.

II.     Information to be seized by the government

All information described above in Section I that relates to violations of 18 U.S.C. § 2261A (Cyberstalking), and 18 U.S.C. § 875(c) (Interstate Communications of Threats to Injure) (SUBJECT OFFENSES) and those violations involving the user of the Apple account for the date range **June 20, 2022 through January 27, 2023**, including:

a.      The identity of the person(s) who created or used the Apple IDs;

b.      Records of communications between the user of the Apple account and others related to the SUBJECT OFFENSES, as well as such records demonstrating the relationships between the user of the Apple account and his co-conspirators, witnesses, and victims;

c.      Records and information relating to saved contacts demonstrating the relationships among, and the identities and contact information of the user of the Apple account and any victims, witnesses, and co-conspirators;

d.      Records and information relating to photographs, videos, audio recordings, as well as other media, relating to the user of the Apple account's physical appearance and his stalking and/or extortionate activities, as well as such records demonstrating the relationships among the user of the Apple account and his victims, witnesses, and co-conspirators;

e.      Records and information relating to photographs, videos, audio recordings, as well as other media, relating to the stalking or extortion of individuals or sexual activity as to the victims, as well as such records demonstrating the relationships among the victim, witnesses, and co-conspirators;

f.      Records of internet searches and browsing history relating to the stalking or

extortion of individuals or sexual violence against the victims, as well as such records demonstrating the relationships among co-conspirators, the victim or customers;

g. Records of any activity designed to transfer U.S. currency related to the SUBJECT OFFENSES, including the proceeds of commercial sex acts;

h. Information relating to the user of the Apple Account's schedule, travel, and location during activities related to the SUBJECT OFFENSES; and

i. Evidence of user attribution showing who used or owned the device at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history.

As used in paragraph 1 above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant.

The review of this electronic data may be conducted by any government personnel assisting in the investigation, which may include, in addition to law enforcement officers and agents, support staff, and technical experts.